THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT WILSON, Appellant. (Four Cases.)

Argued January 13, 1942; decided February 26, 1942.

*Byron E. Letson* and *Daniel J. O' Neil* for appellant.

*Leo J. Hagerty, District Attorney* (*George C. Riley* of counsel), for respondent.

Judgments reversed and informations dismissed on the ground that there was no sufficient evidence produced to establish the commission by the defendant of the crimes charged. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.